**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700

*Attorneys for Plaintiff and the
putative Settlement Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICENTE CRUZ, Individually and on Behalf of All Others Similarly Situated,<br><br>               **Plaintiff,**<br><br>-against-<br><br>SAL-MARK RESTAURANT CORP. d/b/a MARINER'S HARBOR RESTAURANT, MATTEO-BELLA, LLC d/b/a FRANK GUIDO'S LITTLE ITALY, FRANK GUIDO, SALVATORE GUIDO III, and MARK GUIDO, Jointly and Severally,<br><br>             **Defendants.** | 17 Civ. 0815 (GTS)(DJS) |

**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT**

PLEASE TAKE NOTICE that, upon the annexed affidavit of Brent E. Pelton, Esq., sworn to September 14, 2018, the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiff's motion for preliminary approval of the settlement agreement, and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Hon. Daniel J. Stewart, United States Magistrate Judge, in the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207, on a return date to be set by the Court, for an Order:

(1) preliminarily approving the settlement reached by the parties in this action as embodied in their Settlement Agreement And Release (See Exhibit B, annexed to Pelton Declaration);

(2) provisionally certifying the following settlement class under Federal Rule of Civil Procedure 23 in connection with the settlement process:

> All current and former restaurant employees who worked at Mariner's Harbor and/or Frank Guido's Little Italy at any point from July 24, 2011 through the date of the Court's Order granting Preliminary Approval of the Settlement.

(3) approving the proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing ("Proposed Class Settlement Notice") attached to the Pelton Declaration as Exhibit C;

(4) appointing Vicente Cruz as Class Representative and Pelton Graham LLC as Class Counsel;

(5) instructing the parties to appear before this Court for a Final Approval and Fairness Hearing on a date approximately ninety (90) days from the date of the Preliminary Approval Order; and

(6) for such other and further relief as the Court may deem just and proper.

Attached hereto as **Exhibit 1** please find Plaintiff's [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT.

Dated: New York, New York
      September 14, 2018                                            Respectfully submitted,

                                                                      **PELTON GRAHAM LLC**

                                                               By:   */s/ Brent E. Pelton*
                                                               Brent E. Pelton (BP 1055)
                                                               Taylor B. Graham (TG 9607)
                                                                111 Broadway, Suite 1503
                                                                New York, New York 10006
                                                                Telephone: (212) 385-9700
                                                                Facsimile:  (212) 385-0800

                                                                *Attorneys for Plaintiff and the putative Settlement Class*