**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700
*Attorneys for Plaintiff and the*
*Settlement Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICENTE CRUZ, Individually and on Behalf of All Others Similarly Situated, **Plaintiff,** -against- SAL-MARK RESTAURANT CORP. d/b/a MARINER'S HARBOR RESTAURANT, MATTEO-BELLA, LLC d/b/a FRANK GUIDO'S LITTLE ITALY, FRANK GUIDO, SALVATORE GUIDO III, and MARK GUIDO, Jointly and Severally, **Defendants.** | 17 Civ. 0815 (DJS) |

### NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, APPROVAL OF CLASS COUNSEL'S FEES AND COSTS and APPROVAL OF SERVICE AWARD

PLEASE TAKE NOTICE that, upon the annexed declaration of Brent E. Pelton, Esq., sworn to January 10, 2019, the exhibits annexed thereto, the annexed declaration of Adriana Sandoval, the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiff's motion for final approval of the settlement agreement ("Motion for Final Approval"), and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Honorable Daniel J. Stewart, United States Magistrate Judge, in the James T. Foley

U.S. Courthouse, 445 Broadway, Albany, New York 12207, on a Fairness Hearing scheduled for January 24, 2019 at 11:00 a.m. or other return date to be set by the Court, for an Order:

(1) granting final approval of the settlement reached by the parties in this action as embodied in their Settlement Agreement And Release;

(2) granting final approval of the FLSA settlement;

(3) certifying under Federal Rule of Civil Procedure 23 the following settlement class in connection with the settlement process: All current and former restaurant employees who worked at Mariner's Harbor and/or Frank Guido's Little Italy at any point from July 24, 2011 through October 10, 2018;

(3) granting a service award to the Named Plaintiff in the amount of $5,000.00 in recognition of the services he rendered on behalf of the class;

(4) awarding Class Counsel's attorneys' fees of one-third (1/3) of the Settlement Fund in the amount of $87,637.99 and reimbursement of litigation expenses in the amount of $2,086.04; and

(5) granting any such other and further relief as the Court may deem just and proper.

For the Court's convenience, attached hereto as **Exhibit 1** please find Plaintiff's [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, APPROVAL OF CLASS COUNSEL'S FEES AND COSTS and APPROVAL OF SERVICE AWARD.

Dated:  New York, New York
       January 10, 2019                          Respectfully submitted,

                                                  **PELTON GRAHAM LLC**

                                                  By:   /s/*Brent E. Pelton*

                                           Brent E. Pelton (BP 1055)
                                           Taylor B. Graham (TG 9607)
                                           111 Broadway, Suite 1503
                                           New York, New York 10006
                                           Telephone: (212) 385-9700
                                           Facsimile:  (212) 385-0800

                                           *Attorneys for Plaintiff and the Settlement Class*